FILED
ASHEVILLE, NC
APR 02 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:24-cr-24-MR-WCM |
| ) | |
| vs. ) | |
| ) | ORDER TO SEAL |
| ERIC KELVIN HART ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

IT IS HEREBY ORDERED that the Indictment, Motion to Seal and this Order, be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 2nd day of April, 2024.

THE HONORABLE W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA